IN THE UNITED STATES DISTRICT COUR

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07- |
| v. | : | DATE FILED: _____ |
| JAMES DWYER | : | VIOLATION: 21 U.S.C. § 846 (conspiracy to distribute marijuana - |
| | : | 1 count) |

## INFORMATION

### COUNT ONE

**(Conspiracy to Distribute Marijuana)**

THE UNITED STATES ATTORNEY CHARGES THAT:

From in or about the summer of 2004 to on or about November 4, 2004, in the Eastern District of Pennsylvania and elsewhere, defendant

**JAMES DWYER**

conspired and agreed, with other persons known and unknown to the United States Attorney, to knowingly and intentionally distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, weighing more than 20 kilograms, that is weighing approximately 50 pounds, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(D).

## MANNER AND MEANS

It was part of the conspiracy that:

1. Defendant JAMES DWYER recurrently purchased marijuana from suppliers and co-conspirators who are known to the United States Attorney. These suppliers and co-conspirators understood that defendant DWYER was purchasing marijuana from him for resale at a profit. Defendant DWYER typically purchased the marijuana on consignment.

2. Defendant JAMES DWYER then resold the marijuana to drug trafficking customers at slightly higher prices. After receiving payment from his customers, defendant DWYER then repaid his suppliers and co-conspirators for the purchases he made on credit. Defendant DWYER kept the remaining funds for his own personal benefit.

3. Defendant DWYER normally made the above-enumerated marijuana acquisitions and sales in Delaware County, in the Eastern District of Pennsylvania, and elsewhere.

All in violation of Title 21, United States Code, Section 846.

_____
**PATRICK L. MEEHAN**
**UNITED STATES ATTORNEY**