JFM:HE
File No. 2008A82063

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| Plaintiff | : | |
| v. | : | CRIMINAL NO. 07-CR-405 |
| JAMES DWYER, | : | |
| Defendant | : | |

**PRAECIPE TO SATISFY JUDGMENT**

**TO THE CLERK**
United States District Court
Eastern District of Pennsylvania

    Please mark the above captioned judgment satisfied.

               LAURIE MAGID
               Acting United States Attorney

               *[signature]*
               JOSEPH F. MINNI
               Assistant United States Attorney
               PA ID No. 53241

Date: 9/04/08