IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| JAMES DWYER | : | CRIMINAL NO. 07-405 |

### ORDER

**NOW**, this 13th day of March, 2017, the defendant having surrendered his passport and having been convicted, it is **ORDERED** that the Clerk of Court shall forward the defendant's passport to the United States Department of State, CA/PPT/L/LA 44132 Mercure Circle, P.O. Box 1227, Sterling, Virginia 20166-1227.

_____
TIMOTHY J. SAVAGE, J.